# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

---

No. 09-20199

---

**CANATXX ENERGY VENTURES INC,**

Plaintiff - Appellant Cross-Appellee

versus

**GENERAL ELECTRIC CAPITAL CORPORATION,**

Defendant - Appellee Cross-Appellant

---

Appeal from the United States District Court for the Southern District of Texas at Houston

---

Pursuant to appellant's unopposed motion this appeal is dismissed this 23 day of April, 2009 , see FED. R. APP. P. 42(b).

United States  
Southern District  
FILED  
APR 2 8 2009  
Michael N. Milby, Clerk

CHARLES R. FULBRUGE III

Clerk of the United States Court
of Appeals for the Fifth Circuit

By: ___/s/ Steve Totora___
Steve A. Totora, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

Dismissal Order FRAP 42-DIS4

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 09-20199

U.S. COURT OF APPEALS
**FILED**

APR 2 2 2009

CHARLES R. FULBRUGE III
CLERK

CANATXX ENERGY VENTURES, INC.,

Appellant

v.

GENERAL ELECTRIC CAPITAL
CORPORATION

Appellee

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT
OF TEXAS IN H-99-CV-4425, JUDGE KENNETH M. HOYT

## APPELLANT'S UNOPPOSED MOTION TO DISMISS APPEAL

Guy E. Matthews
Texas State Bar No. 13207000
Federal I.D. No. 4124
1900 West Loop South, Suite 1800
Houston, Texas 77027
(713) 355-4200 telephone
(713) 355-9689 facsimile
Attorney for Appellant

Canatxx Energy Ventures, Inc. ("Canatxx"), Appellant, files this Unopposed Motion to Dismiss Appeal of this cause based on the following grounds:

I.

The parties have settled their dispute related to the costs taxed by the District Court, and have agreed to dismiss their respective appeals.

II.

For this reason, Canatxx requests that the Court dismiss its appeal with prejudice, immediately upon the Court's receipt of Appellee's motion to dismiss.

III.

Counsel for Appellee does not oppose this motion.

Respectfully submitted,

*Guy E. Matthews*

Guy E. Matthews,
Matthews, Lawson & Bowick, PLLC
Texas State Bar No. 13207000
Federal I.D. No. 4124
1900 West Loop South, Suite 1800
Houston, Texas 77027
(713) 355-4200 telephone
(713) 355-9689 facsimile
Attorney for Appellant

## CERTIFICATE OF SERVICE

I certify that Canatxx's Motion to Dismiss Appeal was duly served on the counsel for Appellant listed below via Federal Express on the 21st day of April, 2009:

R. Paul Yetter
Finis E. Cowan, Jr.
Yetter, Warden & Coleman, L.L.P.
909 Fannin, Suite 3600
Houston, Texas 77010
Telephone: 713-632-8000
Facsimile: 713-632-8002

Gregory S. Coleman
Christian J. Ward
Marc S. Tabolsky
Yetter, Warden & Coleman, L.L.P.
221 West 6th Street, Suite 750
Austin, Texas 78701
Telephone: (512) 533-0150
Facsimile: (512) 533-0120

_____
Guy E. Matthews